**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ELIZABETH A. CONNER**                                                      **PLAINTIFF**

**V.**                          **NO. 4:16CV00656-JTR**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

Judgment is entered in favor of the Commissioner.

DATED this 22nd day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE